York City, for appellant. F. R. Stoddard, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to answer on payment of costs. Order filed. See, also, 138 N. Y. Supp. 1131.

NOBLE, Respondent, v. NOBLE, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by William Noble against Sarah J. Noble. No opinion. Motion denied without costs. See, also, 154 App. Div. 906, 138 N. Y. Supp. 1131.

NOONAN, Respondent, v. LUTHER, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1913.) Action by Jennie E. Noonan against Thomas C. Luther.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is excessive, unless the plaintiff within 20 days stipulates to reduce the verdict to $500, in which case the judgment is so modified, and, as so modified, judgment and order affirmed, without costs of this appeal to either party. See, also, 142 App. Div. 922, 127 N. Y. Supp. 1134.
KELLOGG, J., votes for a reversal.

NORTHERN BANK OF NEW YORK v. ROBIN. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by the Northern Bank of New York against Joseph G. Robin. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1134.

NORTHERN BANK OF NEW YORK, Respondent, v. ROBIN, Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by the Northern Bank of New York against Joseph G. Robin. A. J. Ernest, of New York City, for appellant. S. Ford, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 1134.

NORTH SIDE BANK OF BROOKLYN v. BURGER et. al. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by the North Side Bank of Brooklyn against Hattie E. Burger and others, wherein the Geiser Lumber Company and another appeal. No opinion. Motion granted, without costs. See, also, 154 App. Div. 952, 139 N. Y. Supp. 1136; 141 N. Y. Supp. 1134.

NORTH SIDE BANK OF BROOKLYN v. BURGER et al. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by the North Side Bank of Brooklyn against Hattie E. Burger and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 141 N. Y. Supp. 1134.

NORTON, Appellant, v. CLOONAN, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Fred R. Norton, as administrator, etc., against John P. Cloonan. No opinion. Order affirmed, with costs.

NORTON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Gertrude I. Norton, as administratrix, etc., against the Erie Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. O'BRIEN et al. (Supreme Court, Appellate Division, Third Department. May 22, 1913.) Proceeding by the People of the State of New York against John F. O'Brien and another.
PER CURIAM. Motion for leave to appeal to the Court of Appeals (141 N. Y. Supp. 1046) granted, and questions certified as follows: First: Does the first count of the complaint state facts sufficient to constitute a cause of action? Second: Does the second count of the complaint state facts sufficient to constitute a cause of action? Third: Does the third count of the complaint state facts sufficient to constitute a cause of action?

O'DONOHUE v. GIBBS. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Joseph J. O'Donohue against William W. Gibbs. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1134.

OFFNER, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Ignatz Offner, as administrator, against the New York Central & Hudson River Railroad Company and others. R. A. Kutschbock, of New York City, for appellants. E. Herrmann, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

O'KEEFE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Josephine O'Keefe against the City of New York. H. Crone, of New York City, for appellant. C. Trosk, of Brooklyn, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding of the jury that the defendant was negligent was against the evidence, and is therefore reversed. No opinion. Settle order on notice.